In the Matter of the Application of OTTO S. GROPPER, Appellant, for a Mandamus Order against HENRY HUEBNER, JR., as President and Business Agent, and/or JOHN J. NILAN, as Treasurer of Local 314 of the Operative Plasterers' and Cement

Finishers' International Association, Respondents.— Orders denying petitioner's application for peremptory and alternative orders of mandamus, requiring defendants to call and conduct an election of officers of Local 314 of the Operative Plasterers' and Cement Finishers' International Association, unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.